# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RALPH GENE LILLEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 08-223-GPM ) |
| DAIMLER CHRYSLER CORPORATION - UAW PENSION PLAN, et al., | ) ) ) ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

Defendants have moved for summary judgment on the administrative record (*see* Doc. 36), and Plaintiff has filed several motions seeking additional time to respond, to file his own motion for summary judgment, to file a second amended complaint, and to conduct limited discovery (*see* Docs. 41, 43, 44).

The Court recognizes that its role in this type of case, a claim for benefits under a pension plan governed by the Employee Retirement and Income Security Act ("ERISA"), is very limited. Nonetheless, Plaintiff's motion suggests that certain materials have been omitted from the administrative record which Defendants ask the Court to rely upon in reaching a decision on the merits of the claim. Accordingly, Plaintiff's motion for limited discovery and/or supplementation of the administrative record (Doc. 41) is **GRANTED in part**. Defendants are **ORDERED** to produce, on or before **September 18, 2008**, the documents referenced in Plaintiff's motion, including (1) all applications submitted by Plaintiff and all documents submitted with the

applications; (2) any documents identifying the "corporate physician not involved with the initial decision," and any reports or other documentation from him/her; (3) any documents referring to the "third physician" involved in the disability determination and any documents which refer to or explain how this person was selected by Defendants; and (4) any other documents or other information submitted, considered, generated, or relied upon in making a benefit determination relating to Plaintiff. Defendants shall file, on or before **September 18, 2008**, an affidavit which attests that their compliance is full and complete.

After this information is produced, Plaintiff **SHALL**, on or before **October 1, 2008**, email his proposed second amended complaint to chambers at GPMpd@ilsd.uscourts.gov. The Court will not pass on the pending motion for summary judgment, the motion for additional time to respond to the motion for summary judgment, or the motion for leave to file a second amended complaint until these issues have been resolved.

Finally, the motion for continuance and extension of time to respond to Defendants' dispositive motion and to file his dispositive motion (Doc. 43) is **DENIED** to the extent it seeks additional time to file a dispositive motion on Plaintiff's behalf. Plaintiff may renew this motion, if appropriate, after the foregoing issues are resolved.

**IT IS SO ORDERED.**

DATED: 9/3/08

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge