**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **RALPH GENE LILLEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 08-223-GPM** |
| | ) | |
| **DAIMLER CHRYSLER CORPORATION,** | ) | |
| **DAIMLER CHRYSLER AG, DAIMLER** | ) | |
| **CHRYSLER CORPORATION - UAW** | ) | |
| **P E N S I O N   B O A R D   O F** | ) | |
| **ADMINISTRATION, CHRYSLER** | ) | |
| **CORPORATION, L.L.C., CHRYSLER** | ) | |
| **HOLDING, L.L.C., and DAIMLER** | ) | |
| **CHRYSLER - UAW PENSION PLAN,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>JUDGMENT IN A CIVIL CASE</u>

This action came before the Court, District Judge G. Patrick Murphy, and the following

decision was reached:

**IT IS ORDERED** that Plaintiff, Ralph Gene Lilley, shall recover nothing, the action

be **DISMISSED on the merits**, and the parties shall bear their own costs.

**DATED**: 2/19/09

KEENAN G. CASADY, CLERK


By: s/ Linda M. McGovern
Deputy Clerk


APPROVED: s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge